

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Richard Barksdale | ) | **15 - 0072 JMC** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 11, 2014 _____ in the county of _____ Baltimore City _____ in the

_____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 922 (g)(1) | Possession of a firearm by a felon |

This criminal complaint is based on these facts:

See attahed affidavit.

☑ Continued on the attached sheet.

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 2 1 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____
Complainant's signature

TFO Edgar A. Allen II, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _1/16/15_

_____
Judge's signature

City and state: _____ Baltimore, Maryland _____

J. Mark Coulson, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Task Force Officer Edgar A. Allen II, deposes and states as follows:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice.  I am a detective with the Baltimore Police Department.  I have participated in numerous cases involving state and federal firearms criminal violations, as well as the narcotics and other laws.

2. I make this Affidavit in support of a criminal Complaint charging the defendant, Richard Barksdale, with possession of a firearm by a previously convicted person (in violation of 18 U.S.C. § 922(g)(1)).  This Affidavit is based on information I have received from other law enforcement officers and witnesses.  I have not included all of the information known to law enforcement officers in this Affidavit, but I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

3. On September 11, 2014, members of the Baltimore Police Department responded to a call for a shooting and armed person in the 800 block of N. Washington Street, Baltimore City, Maryland.  Prior to arriving, the officers received additional informant that the suspect had moved to the 900 block of N. Bond Street, and headed directly to that location.

4. While in the 900 block of N. Bond Street, the officers observed a male matching the description of the suspect, who would later be identified as defendant Richard Barksdale.  The defendant took an aggressive stance and reached for his dip area when he saw the officers approaching.  The officers yelled for him to put up his hands; the defendant complied.  Officers searched the defendant and recovered a loaded black Beretta handgun, serial number B87763Y.

_____FILED _____ENTERED
_____LODGED_____RECEIVED

JAN 2 1 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY

15 - 0 0 7 2 JMC

5. Prior to September 11, 2014, the defendant had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year. The handgun has been examined and appears to be capable of expelling a projectile by the action of an explosive. The handgun was not manufactured in the state of Maryland, and the weapon therefore traveled in interstate commerce prior to its recovery on September 11, 2014.

TFO/Edgar A. Allen II
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
This ___th day of January 2015 at Baltimore, Maryland

J. Mark Coulson
United States Magistrate Judge
District of Maryland.

15 - 0 0 7 2 JMC